# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 09-0179-CV-W-GAF** |
| | ) | |
| **KENNETH L. FRAZIER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #20), in which Defendant argues that evidence obtained during a search of his residence on February 25, 2008, should be suppressed. Defendant asserts that the evidence was obtained in violation of his rights guaranteed by the Fourth Amendment to the United States Constitution.

On July 27, 2009, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on the motion to suppress.

On September 14, 2009, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #29). On September 30, 2009, Defendant filed his Objections to the Magistrate's Report and Recommendation (Doc. #31).

Upon careful and independent review of the pending motion, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #20) is DENIED.

SO ORDERED.

                                        s/ Gary A. Fenner

                                        Gary A. Fenner, Judge
                                        United States District Court

DATED:  October 1, 2009